UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X Case No. 12-CV-04279-ADS-GRB

ROBERT CHRISTOPHER,

                              Plaintiff,

         -against-                      **SATISFACTION OF JUDGMENT**

NCO FINANCIAL SYSTEMS, INC.,

                              Defendant.
--------------------------------------------------------------------X

    **WHEREAS**, a judgment was entered in the above-titled action on the 29th day of November, 2012 in favor of plaintiff and against defendant in the amount of $1,500 plus reasonable costs and attorneys' fees, and said judgment having been fully paid by defendant, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

    **NOW THEREFORE**, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is authorized and directed to make an entry of the full and complete satisfaction of said judgment on the docket.

Dated: New York, New York
       January 18, 2013.

                                                          FAGENSON & PUGLISI
                                                         Attorneys for Plaintiff

                                                          /s/ Novlette R. Kidd
                                                        NOVLETTE R. KIDD, ESQ.
                                                       450 Seventh Avenue, Suite 704
                                                       New York, New York 10123
                                                       Tel.:(212)268-2128
                                                       Fax:(212)268-2127
                                                       Nkidd@fagensonpuglisi.com